AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
November 19, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: APV
DEPUTY

United States of America
v.
Darnys Eduardo MARQUEZ Cedeno

*Defendant(s)*

Case No. EP: 26-M-5908-MAT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 1, 2026 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. 111 (Felony) | Assaulting, resisting, or impeding certain officers or employees, involving physical contact |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Michelle Malfavon, Special Agent
*Printed name and title*

Sworn to telephonically ~~before me and signed in my presence.~~

Date: November 19, 2026 at 4:50 p.m.

[signature]
*Judge's signature*

City and state: El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

On September 1, 2026, at approximately 10 p.m., GardaWorld Pod Officer A.E. at the Camp East Montana Detention Facility, located in the Western District of Texas, instructed the ICE detainees in pod Delta 6 to return the tablets to the chargers and begin returning to their bunks. The Pod Officer reported that some detainees did not comply, so he notified his supervisors.

GardaWorld Captains subsequently arrived at the pod, advised the detainees that they had 30 minutes to return the tablets to the chargers and to clear the dayroom. The Captains then departed; however, the detainees did not comply with the instructions. At that time, the Pod Officer had at least four tablets missing. Video surveillance revealed that Captain M.M. and Captain L.L. arrived at the pod and talked to the detainees at 10:22 p.m.

At approximately 11:10 p.m., Captain M.M. and two members of the Disturbance Control Team arrived at the pod and approached an ICE detainee who was in possession of a tablet after the authorized hour of 10 p.m. The detainee refused to turn over the tablet, so Captain M.M. removed the tablet from the detainee's right hand. Several detainees stood up, surrounded the staff and began pushing detainees and officers.

Video surveillance showed detainee Darnys Eduardo MARQUEZ Cedeno jumped on Captain M.M.'s back while simultaneously kneeing him with his right knee near the exit door of the pod. Detainee MARQUEZ also struck Captain M.M. in the head with his right fist at 11:11 p.m. while Captain M.M. was facing away from him and engaged with another detainee.

Video surveillance showed Detainee MARQUEZ also swung a large trash can at Contract Detention Officer (CDO) J.P. and then threw the same trash can at CDO J.P. from 11:11 p.m. to 11:12 p.m. After this occurred, video surveillance showed detainee MARQUEZ moved about the pod, got on top of a bunk and began jumping from bunk to bunk as GardaWorld staff followed him at 11:13 p.m. GardaWorld subsequently apprehended detainee MARQUEZ and removed him from the pod.

Captain M.M. went to the hospital and was diagnosed with an acute head injury without loss of consciousness, a contusion of the posterior left shoulder and a neck muscle strain.

CDO J.P. also went to the hospital and was diagnosed with muscle pain. CDO J.P. had a cut on his right forearm, a cut on his right elbow and a scrape on his left upper arm/elbow area.

ICE Office of Professional Responsibility Special Agents Michelle Malfavon and Michael Edens interviewed detainee MARQUEZ. He was read his Miranda statement of rights in the Spanish language, and he acknowledged in writing that he understood his rights and agreed to give a statement. Detainee MARQUEZ said the tablets need to be turned in at 10 p.m. during the week. Detainee MARQUEZ said he and other detainees had a tablet after 10 p.m. on September 1, 2026. Detainee MARQUEZ was shown part of the video where he confirmed he was wearing a white T-shirt and red pants. Detainee MARQUEZ subsequently asked for an attorney and the interview was concluded.

Captain M.M. and CDO J.P. are employed pursuant to a contract with U.S. Immigration and Customs Enforcement and therefore fall within the category of persons designated in 18 U.S.C. § 1114. At the time of the incident, Captain M.M. and CDO J.P. were engaged in the performance of official duties.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other federal and contract employees.